United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOSELYN Y. GONZALEZ RAMOS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-508 |
| | § | |
| WARDEN RANDY TATE, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The petitioner is **ORDERED** to file a status report within five days of the date of this order and to advise the Court whether she intends to proceed with this case.  If this case is moot, the petitioner is directed to file an appropriate motion and proposed order.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____July 10_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE